| Prob 22 (Rev. 01/24) | | **DOCKET NUMBER** *(Tran. Court)* 0752  1:16CR00494 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Rec. Court)* CR 24-00387-PCP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Illinois Northern | DIVISION Eastern |
|---|---|---|
| David Bryant<br>Sunnyvale, CA | NAME OF SENTENCING JUDGE Matthew F. Kennelly | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/07/2022 — TO 02/06/2025 |

OFFENSE

FRAUD BY WIRE - RADIO - OR TELEVISION 18:1343.F

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) Released from term of custody to ND/CA for Supervised release and will not be returning to ND/IL

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois "

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   ND/CA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/21/2024
*Date*

*/s/ Matthew Kennelly*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ND/CA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2024
*Effective Date*

*United States District Judge*

1